IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01791–EWN–BNB

JOANNE ARCZYNSKI,

    Plaintiff,

v.

PINNACOL ASSURANCE, *formerly known as*,
Colorado Compensation Insurance Authority,

    Defendant.

---

### MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

"Pinnacol Assurance's Motion to Withdraw Its Motion for Attorney Fees and Costs" (Document 59) filed July 12, 2005 is GRANTED, and "Pinnacol Assurance's Motion for Attorney Fees and Costs" (Document 47) filed March 28, 2005 is deemed WITHDRAWN.

"Plaintiffs' [sic] Motion for Leave to File Surreply to Defendant's Reply in Support of Its Motion for Attorney's Fees" (Document 58) filed May 11, 2005 is DENIED as moot.

Dated: July 13, 2005